## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

| | |
|---|---|
| NOLA ANN LINDSEY, | * |
| | * |
| Plaintiff, | * |
| v. | * |
| | *   No. 2:12CV00154-JJV |
| CAROLYN W. COLVIN, Acting | * |
| Commissioner, | * |
| Social Security Administration, | * |
| | * |
| Defendant. | |

## ORDER

Plaintiff's brief is due on or before June 13, 2013.

IT IS SO ORDERED this 31st day of May, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE